UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>                Plaintiff,<br><br>       v.<br><br>LOWE, ET AL.,<br><br>                Defendant(s). | Case No. CV 17-4762-DSF (KK)<br><br>**ORDER ACCEPTING FINAL FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Complaint, the relevant records on file, and the Final Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice and without leave to amend.

Dated: March 25, 2019

HONORABLE DALE S. FISCHER
United States District Judge