JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRYAN E. RANSOM,

                    Plaintiff,

          v.

LOWE, ET AL.,

                    Defendant(s).

Case No. CV 17-4762-DSF (KK)

JUDGMENT

 

          Pursuant to the Order Accepting Final Findings and Recommendation of United States Magistrate Judge,

          IT IS HEREBY ADJUDGED that this action is dismissed without prejudice and without leave to amend.

Dated:  March 25, 2019

_____
HONORABLE DALE S. FISCHER
United States District Judge